IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO.: 3:14cv465-GCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plantiff, | ) | |
| v. | ) | |
| | ) | |
| APPROXIMATELY 24 GOLD BARS | ) | **DEFAULT JUDGMENT** |
| SEIZED ON NOVEMBER 6, 2012 IN | ) | |
| AND AROUND PINEVILLE, | ) | |
| MATTHEWS, AND CHARLOTTE, | ) | |
| NORTH CAROLINA, | ) | |
| | ) | |
| Defendant. | ) | |

THIS CAUSE COMES BEFORE THE COURT upon Motion of the Plaintiff for Default Judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. It appearing from the Plaintiff's Motion and from the record, including the Court's file, that no person has filed a claim and answer in this matter, and that the time for doing so has expired.

NOW, THEREFORE, Default Judgment is entered against all persons in the world.

Signed: December 19, 2014

Graham C. Mullen
United States District Judge